# United States Court of Appeals

## For the Eighth Circuit

_____

No. 15-2282

_____

Nicole L. Zellner

*Plaintiff - Appellant*

v.

Wells Fargo Bank; Rushmore Loan Management; U.S. Bank

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: February 19, 2016
Filed: February 24, 2016
[Unpublished]

_____

Before MURPHY, SMITH, and KELLY, Circuit Judges.

_____

PER CURIAM.

In this action arising out of the foreclosure sale of her home, Nicole Zellner appeals the district court's[1] grant of defendants' motions for judgment on the

---

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

pleadings. Following careful de novo review of the pleadings and public records attached thereto, <u>see</u> <u>Porous Media Corp. v. Pall Corp.</u>, 186 F.3d 1077, 1079 (8th Cir. 1999), we affirm for the reasons articulated in defendants' unopposed motions and relied on by the district court. <u>See</u> 8th Cir. R. 47B. Zellner's motion to supplement the record is denied.

_____